UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re.<br><br>LARRY LIONEL WHITE,<br><br>      Petitioner.<br>_____/ | No. C 11-4204 SI (pr)<br>No. C 11-4205 SI (pr)<br>No. C 11-4206 SI (pr)<br><br>**JUDGMENT** |

These actions are dismissed.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 28, 2011

                                              SUSAN ILLSTON<br>                                       United States District Judge